United States District Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 3rd Ward Holdings, LLC | § | |
| | § | |
| *versus* | § | Civil Action 4:24–cv–01277 |
| | § | |
| U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1 | § § | |

# ORDER STRIKING PLEADING

Pending before the Court is Motion to Dismiss for Failure to State a Claim – #4. The instrument is deficient for the following reason(s):

☐ The motion does not comply with the Courts Procedures section 6(E), regarding discovery and scheduling disputes.

☒ The motion does not comply with the Courts Procedures section 6(B), regarding pre-motion conferences required for particular motions.

☐ The motion does not comply with the Courts Procedures section 6(C)(2), which requires a certificate of conference for all motions.

☐ The motion does not comply with the Courts Procedures section 6(C)(3), which requires a separate proposed order for all motions except those filed under Federal Rule of Civil Procedure 56.

The Clerk is hereby **ORDERED** to strike the above instrument(s) from the record and notify counsel of such action.

Signed on April 26, 2024, at Houston, Texas.

_____
George C. Hanks, Jr.
United States District Judge