IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| 3RD WARD HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-1277 |
| | § | |
| U.S. BANK TRUST, N.A., | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff 3rd Ward Holdings, LLC ("Plaintiff") and Defendant U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1[1] ("Defendant", and together with Plaintiff, "the Parties"), hereby file their Joint Stipulation of Dismissal Without Prejudice and show:

The Parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs, except that Defendant's attorney's fees and costs incurred in this action may be charged to the subject debt.

---

[1] Incorrectly named as "U.S. Bank Trust, N.A." Defendant U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1, is appearing herein in its correct capacity and defending all claims against the named "U.S. Bank Trust, N.A."

By: */s/ Robert C. Vilt by Mark D. Cronenwett with permission*
Robert C. Vilt
Texas Bar No. 00788586
Southern District No. 20296
Vilt Law, P.C.
5177 Richmond Ave., Ste. 1142
Houston, TX 77056
*Attorneys for Plaintiff*


By: */s Mark D. Cronenwett*
Mark D. Cronenwett
Texas Bar No. 00787303
Southern District No. 21340
mark.cronenwett@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith, LP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
(214) 722-7111 (Fax)
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

The undersigned certifies that on August 19, 2024, a true and correct copy of the foregoing document was delivered via ECF Notification to the counsel of record listed below:

Robert C. Vilt
Vilt Law, P.C.
5177 Richmond Ave., Ste. 1142
Houston, TX 77056
*Attorney for Plaintiff*

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**